1 BENJAMIN B. WAGNER
United States Attorney
2 YASIN MOHAMMAD
Assistant U.S. Attorney
3 4401 Federal Building
2500 Tulare Street
4 Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00047-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SERGIO VICTOR GARCIA, | |
| Defendant. | |

WHEREAS, on June 15, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon his open guilty plea to the Indictment announced on the record on June 3, 2011, Sergio Victor Garcia, forfeited his interest in the following property:

      a.   any and all ammunition involved or used in the commission of the offense.

AND WHEREAS, beginning on July 6, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Sergio Victor Garcia.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:　October 7, 2011**　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE